UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICKY FORET                                    CIVIL ACTION

VERSUS                                         NO: 11-2360

TRICO MARINE OPERATORS, INC, ET AL             SECTION: "J"(5)

**ORDER**

Before the Court is Plaintiff Ricky Foret's Motion to Amend Judgment **(Rec. Doc. 12)**. Plaintiff filed this personal injury claim against Trico Marine Operators, Inc. ("Trico"). Because it had previously filed bankruptcy in U.S. Bankruptcy Court for the District of Delaware, Trico moved to dismiss the complaint on the grounds that the Bankruptcy Court was the only proper venue for Plaintiff's claim. After Plaintiff filed no opposition to Trico's motion, the Court granted the motion and dismissed his claim.[1] Based on language in Trico's proposed order, the Court's order stated that the dismissal was with prejudice. Subsequently, Plaintiff filed the instant motion, seeking an order amending the judgment only insofar as the dismissal was made with prejudice.

Plaintiff's motion is proper. A determination of improper venue does not address the merits of the case, and therefore any dismissal on this ground must be without prejudice. <u>In re Hall, Bayoutree Assocs., Ltd.</u>, 939 F.2d 802, 804 (9th Cir. 1991).

---

[1] Rec. Doc. 11.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Amend (Rec. Doc. 12)** is **GRANTED.** The Court's previous order **(Rec. Doc. 11)** is hereby amended solely to indicate that the dismissal of Plaintiff's claims is to be made without prejudice.

New Orleans, Louisiana, this 27th day of January, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE